UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

JAVIER ESTRADA,
*on behalf of himself,*
*FLSA Collective Plaintiffs and the Class,*

                **Plaintiffs,**

                -against-                Case No. 17-CV-9890 (NSR) (LMS)

KINGSBRIDGE MARKETPLACE CORP.     ORDER TO SHOW CAUSE FOR
d/b/a FOODTOWN,                                 PRELIMINARY INJUNCTION
VERNON MARKETPLACE, INC.,
d/b/a FOODTOWN,
and ESMAIL MOBARAK,

                **Defendants.**

------------------------------------

Upon the affidavit of C.K. Lee, Esq., sworn to the 27th day of August, 2018, and upon the the complaint (*see* Dkt No. 1), it is

**ORDERED**, that the above named defendants show cause before a motion term of this Court, at Room 218, United States Courthouse, 300 Quarropas Street, in the City of White Plains, County of Westchester, and State of New York, on Tuesday, September 4th, 2018, at 11 o'clock in the forenoon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendant during the pendency of this action from:

    a. Availing of the arbitration agreement distributed to employees by Defendants with respect to any current or former employee subject thereto, in this lawsuit, or in any other proceeding; and, in addition, ordering the following relief:

    b. Distribution of a corrective notice, or in the alternative, authorizing Plaintiffs to issue a Court-approved corrective notice, at Defendants' expense, and requiring Defendants to post such notice in conspicuous locations within their stores; and

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/2018

   c. Directing Defendants to provide Plaintiffs with all materials sent to, or received from, putative Class members in relation to the Agreement; and

   d. Awarding reasonable attorney's fees and costs incurred in litigation over the Arbitration Agreement to Plaintiffs; and

   e. Formally reprimanding Defendants and Defendants' counsel and

   f. All other relief this Court deems necessary or appropriate; and it is further

~~ORDERED that, sufficient reason having been shown therefor, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the defendant is temporarily restrained and enjoined from _____ and it is further ORDERED that security in the amount of $ _____ be posted by plaintiff prior to _____ at _____ o'clock in the _____ noon of that day; and it is further~~ *NSR*

ORDERED that personal service of a copy of this order and annexed affidavit upon the defendant's or *their* ~~his~~ counsel on or before **5:00** o'clock in the **after** noon, on **Aug. 28, 2018**, shall be deemed good and sufficient service thereof. **Defendants opposition shall be served upon Plaintiffs' counsel and filed with the Court by 3:00pm on Aug. 30, 2018. Two (2) courtesy copies of all documents shall be provided to the Court by 5:00pm on Aug. 30, 2018. SO ORDERED.**

DATED: White Plains, New York

ISSUED: **Aug. 28, 2018**

_____
Hon. Nelson S. Roman, U.S.D.J.