# Putney, Twombly, Hall & Hirson LLP

ESTABLISHED 1866

Counselors at Law

521 Fifth Avenue

New York, New York 10175

(212) 682-0020

telefax: (212) 682-9380

putneylaw.com

DANIEL F. MURPHY, JR.
THOMAS A. MARTIN
WILLIAM M. POLLAK
JAMES E. McGRATH, III
CHRISTOPHER M. HOULIHAN
MARY ELLEN DONNELLY
GEOFFREY H. WARD
E. PARKER NEAVE
MARK A. HERNANDEZ
PHILIP H. KALBAN
JEROME P. COLEMAN
BARBARA M. MAISTO
CARYN B. KEPPLER
MICHAEL D. YIM
MARIANNE CALABRESE

328 NEWMAN SPRINGS ROAD
RED BANK, NEW JERSEY 07701
(732) 379-6020
TELEFAX: (732) 345-9444

1225 FRANKLIN AVENUE, SUITE 200
GARDEN CITY, NY 11530
(516) 746-0070
TELEFAX: (516) 746-0599

2000 GLADES ROAD
SUITE 300
BOCA RATON, FLORIDA 33431
(800) 935-8480
TELEFAX: (561) 613-4100

COUNSEL
CHARLES J. GROPPE
THOMAS M. LAMBERTI
HARVEY I. SCHNEIDER
ANDREA HYDE

June 3, 2019

<u>Via ECF</u>
Honorable Lisa Margaret Smith
United States Magistrate Judge
U.S. District Court Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

      Re:    <u>Estrada et al. v. Kingsbridge Marketplace Corp. et al.
S.D.N.Y. Civil Action No.: 17-cv-09890 (NSR) (LMS)</u>

Dear Judge Smith:

      This Firm represents the Defendants in the above-referenced matter.  We write with consent of Plaintiffs' counsel to request an adjournment of the issue regarding break fees for Plaintiff Luisangela Duarte's May 7, 2019, deposition.  The Parties have conferred and decided to adjourn the issue until the conclusion of all depositions, at which point the Parties will revive the issue, if necessary.  This is the first request for adjournment of this issue.

      Thank you for Your Honor's consideration of this matter.

                          Respectfully submitted,

                          /s/ Michael Yim

                          Michael Yim

cc:    Counsel for Plaintiffs (<u>Via ECF Only</u>)