**MEMORANDUM ENDORSED**

# LEE LITIGATION GROUP, PLLC
148 W. 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

Writer's Direct: (212) 465-1188
cklee@leelitigation.com

November 12, 2019

**VIA ECF**
The Honorable Lisa M. Smith, U.S.M.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *Estrada v. Kingsbridge Marketplace Corp. et al*
      Case No. 17-cv-09890 (NSR) (LMS)

Dear Judge Smith:

We are counsel to Plaintiff and write, jointly with counsel to Defendants, to respectfully request an adjournment of the Status Conference currently scheduled for November 15, 2019 at 11:00 a.m. The reason for this request is that the parties are in the process of finalizing their motion for preliminary approval of the class settlement, and intend to file it by November 15, 2019.

This is the parties' second request for the relief requested herein. An adjournment would affect no other deadlines.

We thank Your Honor for considering this matter.

Respectfully submitted,

*s/ C.K. Lee*
C.K. Lee, Esq.

Encl.

---

Status Conf scheduled for Nov. 15, 2019 is adjourned sine die. Parties directed to submit paperwork on Nov. 15, 2019. Clerk of the Court requested to terminate the motion (doc. 136).
Dated: Nov. 13, 2019

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE