# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAVIER ESTRADA, ARMANDO GARCIA, LUCERO AYALA VILLAR, LUISANGELA DUARTE, and ULICES FAUSTO RAMALES, *on behalf of themselves, FLSA Collective Plaintiffs and the Class*,<br><br>　　　　　　　　　　　Plaintiffs,<br>　　v.<br><br>KINGSBRIDGE MARKETPLACE CORP.<br>　d/b/a FOODTOWN,<br>VERNON MARKETPLACE, INC.<br>　d/b/a FOODTOWN,<br>and ESMAIL MOBARAK,<br><br>　　　　　　　　　　　Defendants. | Case No.: 17-cv-9890-NSR-LMS<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF CLASS REPRESENTATIVES' SERVICE AWARDS** |

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Approval of Class Representatives' Service Awards and in the Declaration of C.K. Lee in Support of Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees, Administration Fees and Reimbursement of Expenses and Unopposed Motion for Approval of Class Representatives' Service Awards, and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order granting a service award to Named Plaintiff JAVIER ESTRADA in the amount of $3,000, a service award to Named Plaintiff ARMANDO GARCIA in the amount of $3,000, a service award to Named Plaintiff LUCERO AYALA VILLAR in the amount of $3,000, a service award to Named Plaintiff LUISANGELA DUARTE in the amount of $3,000, and a service award to Named Plaintiff ULICES FAUSTO RAMALES in the amount of $3,000, for a total of $15,000 to be paid from the Settlement Fund, in recognition of the services they rendered on behalf of the class, pursuant to the terms of the Parties' Settlement Agreement and Release.

Dated: February 13, 2020

                                      Respectfully submitted,

                                      **LEE LITIGATION GROUP, PLLC**

By:    */s/ C.K. Lee*
        C.K. Lee (CL 4086)
        148 West 24th Street, Eighth Floor
        New York, NY 10011
        Tel.: 212-465-1188
        Fax: 212-465-1181
        *Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*