**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAVIER ESTRADA, ARMANDO GARCIA, LUCERO AYALA VILLAR, LUISANGELA DUARTE, and ULICES FAUSTO RAMALES, *on behalf of themselves, FLSA Collective Plaintiffs and the Class*, | Case No.: 17-cv-9890-NSR-LMS |
| Plaintiffs, | |
| v. | |
| KINGSBRIDGE MARKETPLACE CORP. d/b/a FOODTOWN, VERNON MARKETPLACE, INC. d/b/a FOODTOWN, and ESMAIL MOBARAK, | **NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES, ADMINISTRATION FEES AND REIMBURSEMENT OF EXPENSES** |
| Defendants. | |

For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, (ii) the Declaration of C.K. Lee in Support of Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees, Administration Fees and Reimbursement of Expenses and (iii) Unopposed Motion for Approval of Class Representatives' Service Awards, and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order: (1) awarding Class Counsel $91,666.00 in attorneys' fees, which is approximately one-third of the Settlement Fund established by Defendants, plus costs and expenses in the amount of $2,053.38, to be paid from the Settlement Fund; and (2) awarding Advanced Litigation Strategies LLC, as Settlement Administrator, administration fees of $35,000, to be paid from the Settlement Fund.

Dated: February 13, 2020

Respectfully submitted,

**LEE LITIGATION GROUP, PLLC**

By: */s/ C.K. Lee*
C.K. Lee (CL 4086)
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel.: 212-465-1188
Fax: 212-465-1181
*Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*